1  Jeremy T. Bergstrom, Esq.                                           E-filed on July 8, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-93095

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP
6
                         **UNITED STATES BANKRUPTCY COURT**
7                                **DISTRICT OF NEVADA**

8  In Re,                                        BK No.: BK-S-09-20306-LBR

9  JASON CHRISTIAN SPRONK AND KARI               Chapter 13
   LEA SPRONK,
10                                                **REQUEST FOR SPECIAL NOTICE**
                   Debtor(s).
11

12  TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
    ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14  Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP, requests that all

15  notices given in this case and all papers served or required to be served in this case (including,

16  but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17  Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18  address and telephone number.

19         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
20         2200 Paseo Verde Pkwy., Suite 250
           Henderson, NV  89052
21         PH (702) 369-5960

22                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23  Dated:   July 7, 2009           By:   /s/ Jeremy T. Bergstrom, Esq.
                                          Jeremy T. Bergstrom, Esq.
24                                        Attorney for Secured Creditor

                                           1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   July 8, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Edward S. Coleman
Coleman Law Associates
9708 S. Gilespie St., Ste. A-106
Las Vegas, NV 89183

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sarah Biondo
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93095/rfsnlv.dot/srb)**

2