# United States Bankruptcy Court
### District of Nevada

In re    **Jason Christian Spronk**    Case No.   **09-20306-lbr**
       **Kari Lea Spronk**
                       Debtor(s)    Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 21, 2009**        **/s/ Jason Christian Spronk**
                                         **Jason Christian Spronk**
                                         Signature of Debtor

Date:   **July 21, 2009**        **/s/ Kari Lea Spronk**
                                         **Kari Lea Spronk**
                                         Signature of Debtor

```
Jason Christian Spronk
Kari Lea Spronk
960 Via Canale Dr
Henderson, NV 89011

C. Andrew Wariner of Coleman Law Associates
Coleman Law Associates
9708 South Gilespie Street
Suite A-106
Las Vegas, NV 89183

American Express/Costco Wholesale
Acct No xxxxxxxxxx-x1008
Box 0001
Los Angeles, CA 90096-8000

BAC Home Loans Servicing, L.P.
Acct No ending in 8565
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Barclays Bank Delaware
Acct No xxxxxxxxxxxx9168
125 South West Str
Wilmington, DE 19801

Care Credit/GEMB
Acct No xxxxxxxxxxxx2329
PO Box 981439
El Paso, TX 79998

Chase Bank USA NA
Acct No xxxxxxxxxxxx4269
800 Brooksedge Blv
Westerville, OH 43081

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713
```

```
HSBC Retail Services
Acct No xxxxxxxxxxx6593
PO Box 5253
Carol Stream, IL 60197

IAA Credit Union
Acct No xxxxxx3153
PO Box 2901
Bloomington, IL 61702-2901

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Jeremy T. Bergstrom, Esq.
Acct No xxxxx8557
Miles Bauer Bergstrom & Winters, LLP
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052

Juniper Visa Card
Acct No xxxxxxxxxxxx9168
PO Box 13337
Philadelphia, PA 19101-3337

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Recontrust Company, N.A.
2380 Performance Drive, TX2-985-07-03
Richardson, TX 75082

Sears/CBSD
Acct No xxxxxxxxxxxx2694
701 E 60th St Nort
PO Box 6241
Sioux Falls, SD 57117

Toyota Motor Credit Corp
Acct No ending in 3846
3200 West Ray Road
Chandler, AZ 85226

Toyota Motor Credit Corp
Acct No xxxxxxxxxxxxx0001
5005 N River Blvd
Cedar Rapids, IA 52411-6634

Wells Fargo
Acct No xxxxxxxxxxxxx0001
PO Box 94435
Albuquerque, NM 87199
```

```
Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
PO Box 9210
Des Moines, IA 50306

Wells Fargo BK
Acct No xxxxxxxxxxxx6551
PO Box 5445
Portland, OR 97208

Wells Fargo Fin Natl Bk
Acct No xxxxxx6410
800 Walnut St
Mac F4031-080
Des Moines, IA 50309

Wells Fargo Home Mortgage
Acct No xxxxxxxxx1330
3480 State View Blv
Ft Mills, SC 29716
```

E-filed on __July 21, 2009__

**C. Andrew Wariner of Coleman Law Associates**
Name

**#3228**
Bar Code #

**9708 South Gilespie Street
Suite A-106
Las Vegas, NV 89183**
Address

**702-699-9000**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  **Jason Christian Spronk
Kari Lea Spronk**

Case #  **09-20306-lbr**
Chapter  **13**
Trustee  **Rick Yarnall**

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )    Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

( )    Schedule B - Personal Property

( )    Schedule C - Property Claimed as Exempt

(x)    Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (x)    Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    (x)    Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )    Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )    Schedule H - Codebtors

( )    Schedule I - Current Income of Individual Debtor(s)

( )    Schedule J - Current Expenditures of Individual Debtor(s)

( )    Statement of Financial Affairs

## Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/ Jason Christian Spronk
**Jason Christian Spronk
Debtor's Signature
Date:  July 21, 2009**

/s/ Kari Lea Spronk
**Kari Lea Spronk
Joint Debtor's Signature
Date:  July 21, 2009**

(Revised 4/19/04)